IN RE:  CASE NO. 07-50604

HEATHER MARIE McKNIGHT  CHAPTER 7

    Debtor

REPORT OF UNCLAIMED DIVIDEND

FILED 2010 SEP 15 PM 1:12 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #103 was issued on June 9, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #112 to the Clerk of Courts in the amount of $30.18 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                         /s/ Harold A. Corzin
                                         HAROLD A. CORZIN, TRUSTEE
                                         304 N. Cleveland-Massillon Road
                                         Akron, Ohio 44333
                                         (330) 670-0770
                                         (330) 670-0297 Facsimile
                                         Hcorzin@csu-law.com

September 10, 2010

cc:  U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 07-50604 - MCKNIGHT, HEATHER MARIE

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-01862114-66 | 112 | 09/09/10 | U.S. BANKRUPTCY COURT | | | $30.18 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01862114-66 3 | 103 | | 06/01/07 | 610 | CACH, LLC<br>370 17th St., Ste 5000<br>Denver, CO 80202 | 1,111.41 | 1,111.41 | 30.18 | 30.18 |

*Handwritten note:* Ck # 112  Receipt # 81771

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.